```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Cr. No. 08-10122-MLW |
| v.                         ) | |
| ) | |
| SERGIO VALDOVINOS          ) | |
|     Defendant              ) | |

<u>ORDER</u>

WOLF, D.J.                                                April 16, 2009

For the reasons described in court on April 16, 2009, it is hereby ORDERED that:

1. Defendant Sergio Valdovinos shall, by April 24, 2009, file any objections to the Presentence Report and a sentencing memorandum.

2. The government shall, by April 24, 2009, inform the court if the defendant is eligible for a sentence reduction based on U.S.S.G. §5C1.2.

3. The government shall, by May 1, 2009, file any response to defendant's sentencing memorandum.

4. The Probation Office shall, by May 1, 2009, file any addendum to Presentence Report.

5. Unless otherwise ordered, the sentencing hearing will be held on May 7, 2009, at 1:30 p.m.

                                            /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE